# United States Bankruptcy Court
### District of Wyoming

In re   BBB Acquisition, LLC                                  Case No. _____
                        Debtor

                                                              Chapter        11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andrew E. DeWitt<br>300 Main Street<br>Cincinnati, OH 45202-4159 | | 1% | |
| Charles E. Reynolds, Esq.<br>Santen & Hughes<br>600 Vine Street, Ste 2700<br>Cincinnati, OH 45202-2409 | | 2% | |
| James Reynolds, III<br>American Real Estate<br>2561 Lake Oconee Pkwy<br>Greensboro, GA 30642-3305 | | 41.5% | |
| Katharine D. Kern<br>P.O. Box 1037<br>Ross, CA 94957-1037 | | 1% | |
| Margaret Good<br>29 Upper Ladue Road<br>Saint Louis, MO 63124-1676 | | 1% | |
| Mercer Reynolds<br>300 Main Street<br>Cincinnati, OH 45202-4159 | | 41.5% | |
| Reynolds Partners, L.P.<br>300 Main Street<br>Cincinnati, OH 45202-4159 | | 41.5% | |
| William O. DeWitt, III<br>One Indian Hill<br>Saint Louis, MO 63124-1516 | | 1% | |
| William O. DeWitt, Jr.<br>300 Main Street<br>Cincinnati, OH 45202-4159 | | 6% | |

___0___ continuation sheets attached to List of Equity Security Holders

In re   BBB Acquisition, LLC _____,   Case No. _____
                                    Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 24, 2010              Signature  /s/ Mercer Reynolds, III
                                    Mercer Reynolds, III
                                    Managing Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.