B6A (Official Form 6A) (12/07)

In re  **BBB Acquisition, LLC** , Case No. **10-21002**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| RANCH 6B, 35.22 AC.<br>S1/2 NE1/4 AND NW1/4 SE1/4, SEC. 21, T42N, R116W OF THE 6TH P.M., TETON COUNTY, WYOMING - FMV determined by 2008 Appraisal | | - | 7,900,000.00 | 21,333,603.67* |
| RANCH 9, 103 AC.<br>SW1/4 SE1/4, PT. NE1/4 SE1/4, PT. LOT 6, LOT 8 & APPURTENANT RIPARIAN LANDS, SEC. 16 & NW1/4 NE1/4, SEC. 21, T42N, R116W OF THE 6TH P.M., TETON COUNTY, WYOMING - FMV determined by 2008 Appraisal | | - | 18,500,000.00 | 0.00 |
| RANCH 6A, 35.02 AC.<br>PT. W1/2 E1/2 & PT. E1/2 W1/2 SEC. 21, T42N R116W OF THE 6TH P.M., TETON COUNTY, WYOMING - FMV determined by 2008 Appraisal | | - | 9,600,000.00 | 0.00 |
| RANCH 10, 106.75 AC.<br>PT. SW 1/4 SE1/4, PT. LOT 8 & APPURTENANT RIPARIAN LANDS, SEC. 16 & PT. NW1/4 NE1/4, PT SE1/4 NE1/4, PT. LOT 1 & APPURTENANT RIPARIAN LANDS, SEC. 21, ALL IN T42N, R116W OF THE 6TH P.M., TETON COUNTY, WYOMING - FMV determined by 2008 Appraisal | | - | 18,500,000.00 | 0.00 |

```
        *  Stated amount secures all property listed on Schedule A.
```

|  | Sub-Total > | 54,500,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 54,500,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **BBB Acquisition, LLC** , Case No. **10-21002**
—————————————————————————
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank**<br>**Acct No. XXXXXX1904**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** | - | 8,876.11 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **8,876.11**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **BBB Acquisition, LLC** Case No. **10-21002**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Linger Longer West, LLC**<br>**300 Main Street**<br>**Cincinnati, OH 45202.4123**<br><br>Promissory Note dated December 31, 2007<br><br>Promissory Note dated December 31, 2008<br><br>Promissory Note dated June 30, 2008<br><br>Judgment entered July 2, 2010 in favor of Debtor and against The Dillard Family Trust U/A/D 8/6/03 | -<br><br>-<br><br>-<br><br>- | <br><br>1,448,522.72<br><br>83,235.38<br><br>59,448.95<br><br>1,092,451.77 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > **2,683,658.82**
(Total of this page)

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **BBB Acquisition, LLC**                                          Case No. __10-21002__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims asserted in appeals pending in United States Court of Appeals for the Tenth Circuit, Appeal Nos. 10-8061 and 10-8066 (D.C. No. 2:09-CV-00089-ABJ)** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford F-550 4X4 Diesel Flatbed** | - | 4,975.00 |
| | | **ATV** | - | 157.00 |
| | | **2007 Dodge Ram 2500 4x4 Diesel** | - | 6,989.00 |
| | | **2005 ATP 500 4x4** | - | 1,103.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2005 Polaris Ranger 500** | - | 2,287.00 |
| | | **2004 ATV-ATP 500 4x4** | - | 1,227.00 |
| | | **3 lawn mowers, 2 leaf blowers, 4 ladders, air compressor, 3 shop vacs, saws** | - | 183.00 |

Sub-Total >    16,921.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **BBB Acquisition, LLC**                                    Case No.  **10-21002**
                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2005 Bobcat Skid Steer w/attachments (snow blower, bucket, tracks and forks) | - | 12,060.00 |
| | | 2006 Snowplow for ATV | - | 30.00 |
| | | 2007 Western Sander Unit for 2000 Ford truck - flatbed | - | 583.00 |
| | | Generator to power well per AC | - | 424.00 |
| | | 2005 Polaris Ranger 500 | - | 1,300.00 |
| | | Honda generator portable multi outlet | - | 320.00 |
| | | Kifko water reels (irrigation use) | - | 3,279.00 |
| | | Sprinkler heads, water pumps | - | 100.00 |
| | | Log splitter | - | 100.00 |
| | | Plow assembly for 4 wheeler | - | 66.00 |
| | | Weed spray equipment | - | 245.00 |
| | | Kifko water reels - irrigation system | - | 3,701.00 |
| | | Weed spray equipment for Polaris Ranger 4 x 4 | - | 120.00 |
| | | Kifco water reels - irrigation system | - | 4,133.00 |
| | | Kifco water reels - irrigation system | - | 400.00 |
| | | 2004 Polaris 6-wheeler 500 ATV | - | 1,187.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Tractor | - | 1,350.00 |
| | | Front loader | - | 100.00 |
| | | Chain harrow | - | 40.00 |
| | | Hay baler and rake | - | 210.00 |

                                                                                Sub-Total >    29,748.00
                                                                              (Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **BBB Acquisition, LLC** Case No. **10-21002**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Miscellaneous farm equipment | - | 14.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total > 14.00
(Total of this page)
Total > 2,739,217.93

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **BBB Acquisition, LLC** , Case No. **10-21002**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bar B Bar Homeowners<br>PO Box 14022<br>Jackson, WY 83002-4022 | | - | October 2, 2008<br><br>Homeowners Association Lien<br><br>secured by property listed on Schedule A | | | | | |
| | | | Value $ 54,500,000.00 | | | | 33,260.40 | 0.00 |
| Account No.<br><br>Fifth Third Bank<br>PO Box 630337<br>Cincinnati, OH 45263-0337 | X | - | March 7, 2008<br><br>Mortgage Security Agreement<br><br>secured by property listed on Schedule A | | | | | |
| | | | Value $ 54,500,000.00 | | | | 20,000,000.00 | 0.00 |
| Account No.<br><br>Fifth Third Bank<br>PO Box 630337<br>Cincinnati, OH 45263-0337 | X | - | March 7, 2008<br><br>Mortgage Security Agreement<br><br>secured by property listed on Schedule A | | | | | |
| | | | Value $ 54,500,000.00 | | | | 1,300,343.27 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 21,333,603.67 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 21,333,603.67 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **BBB Acquisition, LLC**                                                                Case No.    **10-21002**
                                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

          **_1_**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **BBB Acquisition, LLC**, Case No. **10-21002**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Internal Revenue Service Attn: Raymond W. Vaughn 550 Main Street Cincinnati, OH 45202-3222 | | - | (For notices only) | | | | 0.00 | 0.00 | 0.00 |
| Account No. Internal Revenue Service Special Procedures Staff 308 W 21st St Stop 5020 Cheyenne, WY 82001 | | - | (For notices only) | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 | 0.00 | 0.00

Total (Report on Summary of Schedules) 0.00 | 0.00 | 0.00

In re  **BBB Acquisition, LLC**                                                                             Case No. __10-21002__
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>Bar B Bar Homeowners<br>PO Box 14022<br>Jackson, WY 83002-4022 | | - | June 30, 2010<br>Ranch manager and ranch assistant services | | | | 435.00 |
| Account No.<br><br>Cushman & Wakefield<br>PO Box 680047<br>Park City, UT 84068-0047 | | - | June 30, 2010<br>Inspection Report ordered by Fifth Third Bank | | | | 2,500.00 |
| Account No.<br><br>G Douglas Dillard Jr<br>204 San Rafael Avenue<br>Belvedere, CA 94920-2332 | | - | (Notice only) | | | | 0.00 |
| Account No.<br><br>Jackson Drilling<br>PO Box 6594<br>Jackson, WY 83002 | | - | December 31, 2009<br>Leased tractor (bill not presented until July) | | | | 15,900.00 |
| __2__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 18,835.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **BBB Acquisition, LLC** , Case No. **10-21002**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> James R Belcher <br> Schultz & Belcher LLP <br> 7000 Yellowtail Road, Suite 220 <br> Cheyenne, WY 82009-6110 | | - | (Notice only) | | | | 0.00 |
| Account No. <br> Lower Valley Energy <br> PO Box 188 <br> Afton, WY 83110-0188 | | - | July 30, 2010 <br> Utility bill | | | | 325.33 |
| Account No. <br> Napa Auto Parts <br> PO Box 929 <br> Jackson, WY 83001-0929 | | - | July 31, 2010 <br> Miscellaneous items for truck | | | | 52.86 |
| Account No. <br> Paychex, Inc <br> 3420 Atrium Blvd, Ste 200 <br> Franklin, OH 45005-5186 | | - | August 10, 2010 <br> Payroll processing fees | | | | 43.90 |
| Account No. <br> Pierson Land Works <br> Attn: Scott Pierson <br> PO Box 1143 <br> Jackson, WY 83001-1143 | | - | July 31, 2010 <br> Mapping and planning consulting | | | | 1,991.25 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,413.34

In re **BBB Acquisition, LLC**
Debtor

Case No. **10-21002**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rain for Rent<br>PO Box 1743<br>Idaho Falls, ID 83043-1743 | - | | July 31, 2010<br>Irrigation | | | | 301.80 |
| Account No.<br><br>Santen & Hughes<br>600 Vine Street<br>Cincinnati, OH 45202 | - | | August 6, 2010<br>Legal fees related to Dillard lawsuit | | | | 13,669.00 |
| Account No.<br><br>The Dillard Family Trust<br>U/A/D 8/6/03<br>204 San Rafael Avenue<br>Belvedere, CA 94920-2332 | - | | Judgment dated July 2, 2010<br>Subject to setoff. | X | X | X | 14,000,000.00 |
| Account No.<br><br>The Dillard Family Trust<br>U/A/D 5/6/03<br>204 San Rafael Avenue<br>Belvedere, CA 94920-2322 | - | | July 2, 2010<br>Consequential damages - Homeowner's association fees and taxes | | | X | 244,102.86 |
| Account No.<br><br>Wylie Law Firm<br>Attn: Brenda Wylie<br>PO Box 4574<br>Jackson, WY 83001-4574 | - | | August 6, 2010<br>Legal fees not related to Dillard lawsuit | | | | 575.00 |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 14,258,648.66
Total (Report on Summary of Schedules) | 14,279,897.00

B6G (Official Form 6G) (12/07)

In re    **BBB Acquisition, LLC**    Case No. __**10-21002**__
_____,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **James Mercer Reynolds**<br>**300 Main Street**<br>**Cincinnati, OH 45202-4123** | **Independent Contractor Agreement** |
| **Linger Longer West, LLC**<br>**300 Main Street**<br>**Cincinnati, OH 45202-4123** | **Lease of Maintenance and Shop Building**<br>**Easement Parcel** |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **BBB Acquisition, LLC**                                                      Case No.  __10-21002__
_____,
Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mercer Reynolds III**<br>300 Main Street<br>Cincinnati, OH 45202-4136 | **Fifth Third Bank**<br>PO Box 630337<br>Cincinnati, OH 45263-0337 |
| **Mercer Reynolds III**<br>300 Main Street<br>Cincinnati, OH 45202-4136 | **Fifth Third Bank**<br>PO Box 630337<br>Cincinnati, OH 45263-0337 |
| **Reynolds Partners, LP**<br>300 Main Street<br>Cincinnati, OH 45202-4123 | **Fifth Third Bank**<br>PO Box 630337<br>Cincinnati, OH 45263-0337 |
| **Reynolds Partners, LP**<br>300 Main Street<br>Cincinnati, OH 45202-4123 | **Fifth Third Bank**<br>PO Box 630337<br>Cincinnati, OH 45263-0337 |

0
_____ continuation sheets attached to Schedule of Codebtors