*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING*

*Minutes of Proceeding*

FILED

3:58 pm, 11/16/11

Tim J. Ellis
Clerk of Court

Date: **November 16, 2011**                                    Honorable Peter J. McNiff, Presiding
Time: 9:30 a.m.   To: 9:45 a.m.     Location:

In re: **BBB Acquisition, LLC**                                 Case No. 10-21002
                                                                Chapter 11
                              Debtor(s).

| | Appearances | | | |
|---|---|---|---|---|
| Trustee | | Counsel | | |
| Debtor(s) | | Counsel | **Brent Cohen** | |
| Creditor(s) | **Dillard Family Trust** | Counsel | **Jim Belcher** | |
| Creditor(s) | **Fifth Third Bank** | Counsel | **Alan Statman** | |

Proceedings:   **Evidentiary hearing on Approval of the Disclosure Statement dated September 20, 2011.**

[ ] Witnesses sworn:

[X]
Cohen - Requests that the court allow the Debtor to place their plan in abeyance for a period of time to allow the parties to negotiate a consensual plan.

Orders:

[x]   Relief sought:   [x] Granted      [ ] Denied       [ ] Case Dismissed   [ ] Continued:
[ ]   Matter taken under advisement
[x]   Formal order or judgment to enter   [x] To be prepared   cohen
[ ]   These minutes constitute the court's official order in this matter

[X] The court finds that this is an uncontested disclosure statement and therefore approves it. The court also grants the Debtor's request to place the Debtor's plan in abeyance to allow the parties to negotiate a consensual plan.

Date: **November 16, 2011**                FOR THE COURT:


                                           By_____